1  LORI BOWMAN, State Bar No. 114664
   lori.bowman@ogletreedeakins.com
2  DAVID J. FISHMAN, State Bar No. 217608
   david.fishman@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:  (213) 239-9800
5  Facsimile:  (213) 239-9045

6  Attorneys for Defendant
   NORTHWEST AIRLINES, INC.
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | JESSE VELEZ,                    | Case #: 3:08-CV-05442-MHP
11 |                                 |
   |         Plaintiff,              | **STIPULATION FOR DISMISSAL**
12 |                                 |
   |     v.                          |
13 |                                 |
   | NORTHWEST AIRLINES, INC. and    |
14 | DOES 1 through 50,              |
15 |                                 |
   |         Defendants.             |
16

17

...

STIPULATION FOR DISMISSAL

1   IT IS HEREBY STIPULATED by and between Plaintiff Jesse Velez ("Plaintiff")
2   and Defendant Northwest Airlines, Inc. ("Northwest"), through their designated counsel
3   that the action be dismissed, without prejudice, pursuant to FRCP 41(a)(ii).  The Parties
4   have agreed to bear their own costs and attorneys' fees in connection with this action.

5
6   DATED: December 19, 2008          LAW OFFICES OF ARKADY ITKIN
                                      By: _____
7                                              Arkady Itkin
                                      Attorneys for Plaintiff
8                                     JESSE VELEZ
9

10  DATED: December 18, 2008          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
11                                    By: _____
12                                             Lori Bowman
                                               David J. Fishman
13                                    Attorneys for Defendant
                                      NORTHWEST AIRLINES, INC.
14



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6986779_1